UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-2388-MWF(JCx)**                               Dated: **July 10, 2017**

Title:       Stephen Turner -*v*- Steve's BBQ, Inc.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):      ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on July 7, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for **August 7, 2017 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged*, and no appearance will be necessary.

IT IS SO ORDERED.