UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-2388-MWF(JCx)**                              Dated: **January 17, 2018**

Title:    Stephen Turner -v- Steve's BBQ, Inc.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE

The Court has received the Notice of Conditional Settlement filed January 16, 2018 stating a dismissal will be filed within 180 days. The Court declines the request for 180 days, and sets a hearing on Order To Show Cause Re Dismissal for **March 26, 2018 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**